UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cognex Corporation,

      Plaintiff,

v.                                                                            Civ. No. 06-1040 (JNE/JJG)
                                                                      ORDER

VCode Holdings, Inc., VData LLC,
Acacia Research Corporation, and
Veritec Inc.,

      Defendants.

The briefing schedule set forth in the Summary Judgment Order dated May 19, 2008 [Docket No. 284] is hereby amended to extend all remaining deadlines by one week.

Dated: June 11, 2008

                                                                    s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge